**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| MARIA VARGAS SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00053-TWP-KMB |
| | ) | |
| SAMUEL OLSON Director, Chicago Enforcement | ) | |
| and Removal Operations Field Office at | ) | |
| Immigration and Customs Enforcement, | ) | |
| TODD M. LYONS Acting Director, Immigration | ) | |
| and Customs Enforcement, | ) | |
| KRISTI NOEM Secretary, U.S. Department of | ) | |
| Homeland Security, | ) | |
| DAREN K. MARGOLIN Director, Executive | ) | |
| Office for Immigration Review, | ) | |
| PAM BONDI Attorney General of the United | ) | |
| States, | ) | |
| SCOTT A. MAPLES, JR. Sheriff, Clark County | ) | |
| Jail, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DIRECTING EXPEDITED RESPONSE

This matter is before the Court on Petitioner's Emergency Motion to Reconsider Order Denying Habeas Petition (Dkt. 11). Because of the urgent nature of the filing and the Petitioner's upcoming removal proceedings, the Respondents shall file expedited responses to the Motion no later than **Wednesday, April 1, 2026.** No reply is anticipated.

**IT IS SO ORDERED.**

Date:  3/27/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Yllka A Seseri
Davidson & Seseri
ys@dsvisalaw.com

Esma R Tedik
Davidson and Seseri, LLC
etedik@dsvisalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov